David B. Maloney, Appellee, v. Mildred N. Maloney, Appellant.

Gen. No. 10,141.

opinion filed May 26, 1947; rehearing denied August 16, 1947; released for publication August 18, 1947. Cantwell & Cantwell, for appellant; Robert E. Cantwell, Jr., Yager Cantwell and Brendan Q. O'Brien, of counsel; Joslyn & Parker and Harry A. Biossat, for appellee; Harry A. Biossat and David R. Joslyn, of counsel. Opinion by PRESIDING JUSTICE WOLFE. **Not to be published in full.**